UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| STEPHEN BEARD | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-CV-254-CHB |
| | ) |
| UNUM | ) |
| | ) |
| DEFENDANT | ) |
| | ) |

**NOTICE OF REMOVAL**

Defendant, Unum Life Insurance Company of America, incorrectly identified in the caption of the Complaint as "Unum," by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, Louisville Division, stating as follows:

1. On March 21, 2022, the Complaint in Case No. 22-CI-001404 was filed in the Jefferson Circuit Court by Plaintiff against Unum Life. The Summons along with the Complaint, was received by the Office of the Secretary of State, Commonwealth of Kentucky and sent to Unum Life in Portland, Maine, via certified mail, on March 30, 2022, and received by Unum Life on April 4, 2022. On April 11, 2022, the Secretary of State mailed its return to the Jefferson Circuit Court. In Kentucky state court, the filing of that return effects formal service pursuant to KRS 454.210(3)(b) and KRS 304.3-230(5), triggering the 30-day removal period under 28 U.S.C. §1446(b). *Bullock v. Almon*, 2021 WL 3475573, *2-3 (W.D. Ky. Aug. 6, 2021); *Everett v. Am. Gen. Life Ins. Co.*, 2016 WL 4746214, *2 (W.D. Ky. Sept. 9, 2016); *Travelers Prop. Cas. Co. of Am. v. Rapid Power*, 2012 WL 1252574, *2 (W.D. Ky. Apr. 13, 2012). *See also Murphy Bros. v.*

*Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999).  The Summons and Complaint, copies of which are appended hereto, constitute all process, pleadings and orders served upon Defendant to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long term disability plan established by Plaintiff's employer and funded by a group insurance policy issued by Unum Life [*see* Complaint ¶¶ 4-6].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. § 1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act of 1974, ("ERISA"), 29 U.S.C. §1001, *et seq*. [Complaint ¶¶ 3, 19-21, *ad damnum*].

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries.  See ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. § 1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. § 1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b).  See *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987).  Such a claim would be properly removable even if the defense of ERISA preemption did not appear on the face of the Complaint.  *Id.*

7.     Defendant has filed no pleadings in this action and this Notice of Removal is filed within thirty (30) days after service upon it of the Summons and Complaint in this action.

WHEREFORE, Defendant, Unum Life Insurance Company of America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

> s/ *Michelle Turner*
> Michelle Turner
> Attorney for Defendant, Unum Life
> Insurance Company of America
> TURNER, KEAL & BUTTON, PLLC
> 10624 Meeting St., #101
> Prospect, KY  40059
> Phone:  (502) 426-5110
> Fax:  (502) 426-5119
> E-mail:  mturner@turnerkeal.com

CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio     raflorioatty@hotmail.com

> s/ *Michelle Turner*
> Michelle Turner
> Attorney for Defendant
> TURNER, KEAL & BUTTON, PLLC
> 10624 Meeting St., #101
> Prospect, KY  40059
> Phone:  (502) 426-5110
> Fax:  (502) 426-5119
> E-mail:  mturner@turnerkeal.com